RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL
(302) 651-7509
COTTRELL@RLF.COM

May 6, 2005

**VIA HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    Micron Technology v. Rambus, C.A. No. 00-792-KAJ

Dear Judge Jordan:

      Micron today has filed its *Reply Brief in Support of its Motion to Compel Defendant Rambus to Produce Documents Under the Crime/Fraud Exception to the Attorney-Client Privilege and Work Product Doctrine (D.I. 637).* Micron respectfully requests oral argument on the motion.

      Should Your Honor have any questions, counsel is available at the Court's convenience.

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III

FLC,III/afg

cc:    Clerk of the Court (via hand delivery)
        Mary Graham, Esquire (via hand delivery)
        Greg Stone, Esquire (via telecopy)
        Matthew Powers, Esquire (via telecopy)
        Jared Bobrow, Esquire (via telecopy)
        Glen Summers, Esquire (via telecopy)