IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>  Plaintiff,<br>v.<br><br>RAMBUS INC.,<br><br>  Defendant.<br>_____<br>RAMBUS INC.,<br><br>  Counterclaim Plaintiff,<br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON ELECTRONICS, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC.,<br><br>  Counterclaim Defendants. | Civil Action No. 00-792-KAJ |

### ORDER GRANTING IN PART MICRON'S MOTION TO COMPEL RAMBUS TO PRODUCE DOCUMENTS, TESTIMONY, AND PLEADINGS UNDER THE CRIME-FRAUD EXCEPTION

On July 14, 2005, a hearing was held on the motion of plaintiff Micron Technology, Inc. ("Micron") to compel defendant Rambus Inc. ("Rambus") to produce documents, testimony, and pleadings under the crime-fraud exception to the attorney-client privilege and work product doctrine, the Honorable Kent A. Jordan presiding.

The Court having considered the papers and exhibits submitted in connection with the motion, the arguments of counsel, the law, and four (4) binders of materials that Rambus submitted to the Court for *in camera* review on April 15, 2005, the Court finds that Micron has made a prima facie showing of spoliation and that, as a result, the attorney-client privilege and work product doctrine have been vitiated with respect to certain categories of documents and other materials as specifically identified below.

Accordingly, and for the reasons set forth on the record by the Court on July 14, 2005, it is hereby ORDERED as follows:

1. Within five (5) court days from the entry and service of this Order, Rambus shall produce to Micron all discovery that Rambus was ordered to produce in *Rambus v. Infineon*, No. 3:00CV524 (E.D. Va.), in accordance with Judge Payne's May 18, 2004 Orders pertaining to Rambus's document retention plan, including the plan's conception, development, adoption, implementation and relationship to Rambus's patent litigation strategy, as well as all deposition and hearing transcripts, deposition and hearing exhibits, and further Orders of the *Infineon* Court which discuss or relate to these topics.

2. Within five (5) court days from the entry and service of this Order, Rambus shall produce to Micron all discovery that Rambus was ordered to produce in *Hynix v. Rambus*, CV-00-20905-RMW (N.D. Cal.), in accordance with Judge Whyte's January 31, 2005 Order pertaining to Rambus's document retention plan, including the plan's conception, development, adoption, implementation and relationship to Rambus's patent litigation strategy, as well as all deposition and hearing transcripts, deposition and hearing exhibits, and further Orders of the *Hynix* Court which discuss or relate to these topics, including an unredacted copy of Judge Whyte's January 31, 2005 Order.

3. Within five (5) court days from the entry and service of this Order, Rambus shall produce to Micron the four (4) binders of documents that Rambus submitted to the Court for *in camera* review on April 15, 2005 in connection with Micron's motion to compel.

SO ORDERED THIS 10th day of February, 2006

_____
The Honorable Kent A. Jordan
United States District Court Judge