IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 00-792-SLR |
| | ) |
| RAMBUS INC. | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 16th day of October, 2007, having considered the request by counsel for plaintiff to admit documents without a testifying witness, on the grounds that the documents are undeniably business records of defendant and, therefore, admissions whose relevance is evident from their face;

IT IS ORDERED that plaintiff may identify no more than 50 representative documents for admission without the aid of a testifying witness. Using its trial time, plaintiff must demonstrate that said documents are relevant to a specific element of a claim for relief or a defense. Twenty-four hours before plaintiff plans to submit said documents to the court, it must identify said documents to defendant.

                                                           _____
                                                           United States District Judge