IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>RAMBUS INC.,<br><br>      Defendant.<br><br>RAMBUS INC.,<br><br>      Counterclaim Plaintiff,<br><br>    v.<br><br>MICRON TECHNOLOGY, INC.,<br>MICRON ELECTRONICS, INC., and<br>MICRON SEMICONDUCTOR<br>PRODUCTS, INC.,<br><br>      Counterclaim Defendants. | Civ. No. 00-792-SLR |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of January 9, 2009;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered:

    a. Against Rambus on Rambus's patent claims and patent counterclaims in this action, including counterclaims 1 through 8 in Defendant Rambus Inc.'s Answer and Counterclaims to Micron's Amended Complaint (D.I. 90) and counterclaims 1 through 12 in Defendant Rambus Inc.'s Supplemental and Second Amended Counterclaims Asserted Against Micron Technology and Micron Semiconductor (D.I. 671);

    b. In Favor of Micron Technology, Micron Electronics, and Micron

Semiconductor Products on their patent declaratory judgment claims and counterclaims, including counts 8 through 15 in Micron's Second Amended Complaint (D.I. 1022), counts 1 through 4 in Counterclaim Defendant Micron Technology, Inc.'s Reply and Counterclaims to Defendant Rambus Inc.'s Supplemental and Second Amended Counterclaims (D.I. 735), counts 1 through 4 in Counterclaim Defendant Micron Semiconductor Products, Inc.'s Reply and Counterclaims to Defendant Rambus Inc.'s Supplemental and Second Amended Counterclaims (D.I. 736), and counts 3 through 10 in Micron Electronics, Inc.'s Answer and Counterclaims to Rambus, Inc.'s Third-Party Claims (D.I. 229).

_____
United States District Judge

Dated: 2|10|09

_____
(By) Deputy Clerk