# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Mary B. Graham
302.351.9199
mgraham@mnat.com

June 13, 2012

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    *Micron Technologies, Inc. v. Rambus Inc.*
               C.A. No. 00-792-SLR (D. Del.)

Dear Judge Robinson:

      Rambus has previously submitted, as they became available, public versions of briefs and other papers filed in connection with the Petition for Review of Judge Essex's Initial Determination in International Trade Commission Investigation No. 337-TA-753.[1] Recently, two additional briefs have become available: (1) the public version of the Staff's Reply Submission to the Notice of Commission Determination, dated June 1, 2012, which discusses the unclean hands issue at pages 30-39; and (2) the public version of Rambus's May 18, 2012 Response to the Commission's Notice to Review, which discusses the unclean hands issue at pages 50-62. The unclean hands portion of the Staff's Reply Submission is attached hereto as Exhibit A. The unclean hands portion of Rambus's Response is attached hereto as Exhibit B. If the Court would prefer, we can provide complete public versions of these submissions that address issues in addition to unclean hands.

      When further briefs or papers that discuss the unclean hands issues raised in this investigation become publicly available, Rambus will file them with the Court.

---

[1] Briefs and papers we have previously submitted include Rambus's Petition for Review of the Initial Determination (D.I. 1138); the Staff's Combined Response to the Private Parties' Petitions for Review (D.I. 1139); Rambus's Response to Petitions for Review of Respondents and the Staff (D.I. 1139); the Notice of Commission Determination (D.I. 1140); and the Staff's Response to the Notice of Commission Determination (D.I. 1141).

Respectfully,

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

MBG/dam
Enclosures
cc: Clerk of the Court (by hand, w/encl.)
    Frederick L. Cottrell, III (by e-mail, w/encl.)
    Matthew D. Powers (by e-mail, w/encl.)
    Gregory P. Stone (by e-mail, w/encl.)
    Charles W. Douglas (by e-mail, w/encl.)
5960623