IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAMBUS INC., ) <br> ) <br> Defendant. ) <br> ) <br> RAMBUS INC., ) <br> ) <br> Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICRON TECHNOLOGY, INC., ) <br> MICRON ELECTRONICS, INC., and ) <br> MICRON SEMICONDUCTOR ) <br> PRODUCTS, INC., ) <br> ) <br> Counterclaim Defendants. ) | Civ. No. 00-792-SLR |

ORDER

At Wilmington this 2nd day of January, 2013, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that United States Patent Nos. 5,915,105; 5,953,263; 5,954,804; 5,995,443; 6,032,214; 6,032,215; 6,034,918; 6,038,195; 6,324,120; 6,378,020; 6,426,916; and 6,452,863 are unenforceable against plaintiff and counterclaim defendants.

*/s/ Sue L. Robinson*
United States District Judge