IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAMBUS INC., ) <br> ) <br> Defendant. ) <br> ) <br> RAMBUS INC., ) <br> ) <br> Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICRON TECHNOLOGY, INC., ) <br> MICRON ELECTRONICS, INC., and ) <br> MICRON SEMICONDUCTOR ) <br> PRODUCTS, INC., ) <br> ) <br> Counterclaim Defendants. ) | Civ. No. 00-792-SLR |

**ORDER**

At Wilmington this 8th day of January, 2013, in light of the memorandum opinion and order that issued on January 2, 2013, and given the complexity of the case (procedurally and substantively);

IT IS ORDERED that, on or before **January 17, 2013**, the parties shall submit a status report regarding those issues, if any, that need to be resolved before judgment is entered. If the parties are in agreement that judgment should be entered now, the parties shall instead submit an agreed upon form of judgment (or opposing forms of

judgment, if no agreement has been reached). If needed, the court shall conduct a telephonic status conference on **January 23, 2013 at 5:00 p.m.**, with plaintiff's counsel coordinating the call.

                                                                */s/ Sue L. Robinson*
                                                   United States District Judge