IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>RAMBUS INC.,  )<br>)<br>Defendant.  )<br>)<br>RAMBUS INC.,  )<br>)<br>Counterclaim Plaintiff,  )<br>)<br>v.  )<br>)<br>MICRON TECHNOLOGY, INC.,  )<br>MICRON ELECTRONICS, INC., and  )<br>MICRON SEMICONDUCTOR  )<br>PRODUCTS, INC.,  )<br>)<br>Counterclaim Defendants.  ) | Civ. No. 00-792-SLR |

**ORDER**

At Wilmington this 24th day of January, 2013, consistent with both the January 2, 2013 memorandum opinion and order and the parties' joint status report concerning entry of judgment (D.I. 1154), and having conferred with counsel;

IT IS ORDERED that:

1. The Clerk of the Court is hereby directed to enter final judgment 30 days hence, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, as follows:

  a. Against Rambus Inc. on Rambus Inc.'s patent claims and patent counterclaims in this action, including counterclaims 1 through 8 in defendant Rambus Inc.'s answer and counterclaims to Micron's amended complaint (D.I. 90) and counterclaims 1 through 12 in defendant Rambus Inc.'s supplemental and second amended counterclaims asserted against Micron Technology, Inc. and Micron Semiconductor Products, Inc. (D.I. 671);

  b. In favor of Micron Technology, Inc., Micron Electronics, Inc., and Micron Semiconductor Products, Inc. on their patent declaratory judgment claims and counterclaims, including counts 8 through 15 in Micron Technology, Inc.'s second amended complaint (D.I. 1022), counts 1 through 4 in counterclaim defendant Micron Technology, Inc.'s reply and counterclaims to defendant Rambus Inc.'s supplemental and second amended counterclaims (D.I. 735), counts 1 through 4 in counterclaim defendant Micron Semiconductor Products, Inc.'s reply and counterclaims to defendant Rambus Inc.'s supplemental and second amended counterclaims (D.I. 736), and counts 3 through 10 in counterclaim defendant Micron Electronics, Inc.'s answer and counterclaims to defendant Rambus Inc.'s third-party claims (D.I. 229).

 2. All other proceedings, including plaintiff and counterclaim defendants' request for attorney fees, are stayed pending the outcome of an appeal of the court's January 2 2013 memorandum opinion and order. Plaintiff's counsel shall promptly notify the court upon resolution of the appeal.

_____<br>
United States District Judge