IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRON TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| RAMBUS INC., | ) |
| | ) |
| Defendant. | ) |
| | ) C.A. No. 00-792 (SLR) |
| RAMBUS INC., | ) |
| | ) |
| Counterclaim Plaintiff, | ) |
| v. | ) |
| | ) |
| MICRON TECHNOLOGY, INC., MICRON ELECTRONICS, INC., and MICRON SEMICONDUCTOR PRODUCTS, INC., | ) |
| | ) |
| Counterclaim Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER
REGARDING DISMISSAL WITH PREJUDICE**

WHEREAS, Rambus Inc. ("Rambus") and Micron Technology Inc., Micron Electronics, Inc., and Micron Semiconductor Products, Inc. have settled the disputes between them in the above-referenced action on mutually-agreeable terms.

NOW, THEREFORE, the parties stipulate, in accordance with Federal Rule of Civil Procedure 41, as follows:

1. Rambus hereby dismisses with prejudice all claims and counterclaims brought against each of Micron Technology Inc., Micron Electronics, Inc., and Micron Semiconductor Products, Inc. in this action, including without limitation any claims and counterclaims brought against Micron Electronics, Inc. that were or may have been severed pursuant to the Court's order dated April 27, 2001;

- 2 -

2.  Each of Micron Technology Inc., Micron Electronics, Inc., and Micron Semiconductor Products, Inc. hereby dismisses with prejudice all claims and counterclaims brought against Rambus in this action, including without limitation any claims and counterclaims brought against Rambus that were or may have been severed pursuant to the Court's order dated April 27, 2001; and

3.  Each party shall bear its own attorneys' fees and costs.

| RICHARDS, LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Frederick L. Cottrell, III* | */s/ Mary B. Graham* |
| Frederick L. Cottrell, III (#2555) <br> One Rodney Square <br> P.O. Box 551 <br> Wilmington, DE 19899 <br> (302) 651-7700 <br> cottrell@rlf.com <br>     *Attorneys for Micron Technology, Inc.,* <br>     *Micron Semiconductor Products, Inc.,* <br>     *and Micron Electronics, Inc.* | Mary B. Graham (#2256) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> mgraham@mnat.com <br>     *Attorneys for Rambus Inc.* |

January 10, 2014
7898751

SO ORDERED this ___ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE